Nelson E. **HOPKINS, Sr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78871**

Missouri Court of Appeals, Western District.

ORDER FILED: July 26, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied August 30, 2016

Nelson E. Hopkins, Sr., Appellant Pro Se.

Dora Fichter, Jefferson City, MO, for respondent.

Before Division Two: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

Appellant Nelson E. Hopkins, Sr. ("Hopkins") appeals the denial by the motion court of his Rule 24.035 motion for post-conviction relief ("Motion") following an evidentiary hearing. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).